**Attachment 1 to Summons Form 2039**

In the matter of  **BRENT E SITZER**

Period information:  Form 940 for the calendar period ending December 31, 2000 and Form 941 for the quarterly periods ending June 30, 2000, September 30, 2000 and December 31, 2000



Government Exhibit 1



# Summons

In the matter of  **BRENT E SITZER,  16544 21ST ST SE,   GARDNER,  ND  58036-9612**
Internal Revenue Service (Division):  **SMALL BUSINESS/SELF EMPLOYED**
Industry/Area (name or number):  **SB/SE AREA 4 (24)**
Periods:  **See Attachment 1 to Summons Form 2039 for Period Information**

## The Commissioner of Internal Revenue

To:  **BLACKRIDGE BANK**
At:  **4040 42ND ST S # O,  FARGO, ND  58104**

You are hereby summoned and required to appear before MICHAEL W REINHARDT, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Line of Credit account ending 10613 and Account  ending 2467, Brent Sitzer, Brent Sitzer Trucking, KBS Inc, Kim Sitzer.

Copy of the Line of Credit application for account ending 10613. Copy of draws (check or electronic) from the line of Credit from 1/1/11 through 7/19/11.  Copy of payments (check or electronic used to make payments) on the Line of Credit from 1/1/11 through 7/19/11.

Copy of Statements for account ending in 2467 from 1/1/11 through 7/19/11.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
  PO BOX 2461,  FARGO,  ND   58108  (701) 237-8320

**Place and time for appearance at**    PO BOX 2461,  657 2ND AVE N,  FARGO,  ND  58108

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the  22nd  day of  August  , 2011  at  9:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  19th   day of  July  , 2011

**MICHAEL W REINHARDT**
Signature of Issuing Officer

_(signature)_
Signature of Approving Officer (if applicable)

**REVENUE OFFICER**
Title

**GROUP MANAGER**
Title

Exhibit 2                                                          **Original** -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 7/21/2011
Time: 12 Pm

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Blackridge Bank, 4040 42nd St S #O, Fargo ND 58104

Signature: [signed]
Title: Revenue Officer

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____
Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

Signature: _____
Title: _____

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____
Title: _____

Form **2039** (Rev. 10-2010)